UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   12-CV-21653-JAL

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
       Plaintiff, )
 )
v. )
 )
SETH EBER, HOWARD ETTELMAN, )
RONNY J. HALPERIN, CHARLES )
HANSEN, III, MELISSA K. RICE, )
LUZ RODRIGUEZ AND KEVIN D. SEPE, )
 )
 )
       Defendants, )
 )
WEST COAST INVESTMENTS )
 ENTERPRISES, LLC, )
 )
       Relief Defendant. )
_____ )

**PLAINTIFF'S NOTICE OF FILING CONSENTS OF DEFENDANTS
HOWARD ETTELMAN, RONNY J. HALPERIN, CHARLES HANSEN, III, MELISSA
K. RICE, KEVIN D. SEPE AND RELIEF DEFENDANT WEST COAST INVESTMENTS
ENTERPRISES, LLC TO JUDGMENT OF PERMANENT INJUNCTION
<u>AND OTHER RELIEF AND REQUEST FOR ENTRY OF JUDGMENT</u>**

      Plaintiff Securities and Exchange Commission files the Consents of Defendants Howard Ettelman, Ronny J. Halpering, Charles Hansen, III, Melissa K. Rice, Kevin D. Sepe and Relief Defendant West Coast Investments Enterprises, LLC to the entry of a Judgment of Permanent Injunction and Other Relief. The Consents and proposed Judgments are attached to this Notice, and the Commission asks the Court to enter the Judgments. If the Court enters the attached Judgments, then there are no remaining issues against Defendants Howard Ettelman,

Ronny J. Halpering, Charles Hansen, III, Melissa K. Rice, Kevin D. Sepe and Relief Defendant West Coast Investments Enterprises, LLC.

                              Respectfully submitted,

May 2, 2012                  By:    s/Amie Riggle Berlin
                                          Amie Riggle Berlin
                                          Senior Trial Counsel
                                          Florida Bar No. 630020
                                          Telephone: (305) 982-6322
                                          Facsimile: (305) 536-4154
                                          E-mail:  berlina@sec.gov

                                          Attorney for Plaintiff
                                          **SECURITIES AND EXCHANGE**
                                          **COMMISSION**
                                          801 Brickell Avenue, Suite 1800
                                          Miami, Florida  33131
                                          Telephone: (305) 982-6300
                                          Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on May 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                                        s/Amie Riggle Berlin
                                                        Amie Riggle Berlin

## SERVICE LIST
Securities and Exchange Commission v. Seth Eber, Howard Ettelman, Ronny J. Halperin, Charles Hansen, III, Melissa K. Rice, Luz Rodriguez and Kevin Sepe, Defendants and West Coast Investments Enteriprises, LLC, Relief Defendant
Case No.: 1:12-cv-
United States District Court, Southern District of Florida

Benjamin H. Brodsky, Esq.
Coffey Burlington
Office In The Grove, Penthouse
2699 South Bayshore Drive

2

Miami, FL 33131
Telephone: 305-858-2900
E-mail: bbrodsky@coffeyburlington.com
*Counsel for Howard Ettelman*

Richard E. Brodsky, Esq.
The Brodsky Law Firm
66 W. Flagler Street, 9th Floor
Miami, FL 33130
Telephone: 786-220-3328
E-mail: rbrodsky@thebrodskylawfirm.com
*Counsel for Ronny J. Halperin*

David R. Chase, Esq.
Law Firm David Chase, PA
1700 East Las Olas Boulevard, Suite 305
Ft. Lauderdale, FL 33301
Telephone: 954-920-7779
E-mail: david@davidchaselaw.com
*Counsel for Kevin D. Sepe*

Russell C. Weigel, Esq.
Russell C. Weigel, III, PA
5775 Blue Lagoon Drive, Suite 100
Miami, FL 33126
Telephone: 786-888-4567
E-mail: rweigel@investmentattorneys.com
*Counsel for Charles Hansen, III*

Mark C. Perry, Esq.
Mark C. Perry, PA
Coastal Building
2400 East Commercial Boulevard, Suite 201
Ft. Lauderdale, FL
Telephone: 954-351-2601
E-mail:  markperryesq@yahoo.com
*Counsel for Melissa K. Rice and West Coast Investments Enterprises, LLC*

Luz Rodriguez
4618 SW 183rd Avenue
Miramar, FL 33029
*ProSe*

Walter J. Mathews, Esq.
Walter J. Mathews PA
700 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: 954-4631929
E-mail: wjmathews@wjmlawfirm.com
*Counsel for Seth Eber*