IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-cv-21653-LENARD/O'SULLIVAN

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

v.

SETH EBER, et al,
    Defendants,

WEST COAST INVESTMENTS
ENTERPRISES, LLC,

    Relief Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Defendant Luz Rodriguez (DE# 17, 6/28/12). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Accordingly, it is

ORDERED AND ADJUDGED that the Defendant Luz Rodriguez shall file a response to the Plaintiff's Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Defendant Luz Rodriguez (DE# 17, 6/28/12) on or before **July 20, 2012**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Entry of Default Judgment of Permanent Injunction and Other

Relief Against Defendant Luz Rodriguez (DE# 17, 6/28/12) be granted in its entirety.  It is further

ORDERED AND ADJUDGED that the plaintiff shall promptly serve a copy of this Order on the Defendant Luz Rodriguez personally, and file a notice with this Court once personal service has been accomplished.

DONE and ORDERED, in Chambers, in Miami, Florida, this 3rd day of July, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record

Sent by Chambers to:
Luz Rodriguez
4618 SW 183rd Street
Miramar, FL 33029