UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
                 Plaintiff,            )
                                      )
                                      )
v.                                    )
                                      )
WEST COAST INVESTMENTS                )
ENTERPRISES, LLC,                     )
                                      )
                 Relief Defendant.     )
_____)

### FINAL JUDGMENT AS TO RELIEF DEFENDANT
### WEST COAST INVESTMENTS ENTERPRISES, LLC

The Securities and Exchange Commission having filed a Complaint and Relief Defendant West Coast Investments Enterprises, LLC having: entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to subject matter and personal jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

### DISGORGEMENT

**IT IS ORDERED AND ADJUDGED** that West Coast is liable for disgorgement of $125,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest in the amount of $11,262.71, pursuant to Section 20(d) of the Securities Act, 15 U.S.C. §77t(d).

West Coast shall satisfy this obligation by paying $136,262.71 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. West Coast shall send a copy of the letters to Amie Riggle Berlin, Senior Trial Counsel, 801 Brickell Avenue, Suite 1800, Miami, Florida, 33131. West Coast shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## II.

## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent of West Coast Investments Enterprises, LLC is incorporated into this Judgment with the same force and effect as if fully set forth herein, and that West Coast shall comply with all of the agreements set forth in the Consent.

## III.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

IV.

## CERTIFICATION UNDER RULE 54(b)

**IT IS FURTHER ORDERED AND ADJUDGED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers in _Miami_, Florida, this _6_ day of _July_, 2012.

_____
UNITED STATES DISTRICT JUDGE

Service on all parties and counsel of record

12-21653 CIV LENARD
FINAL JUDGMENT- WEST COAST
          INVESTMENT ENTERPRISE, LLC.