UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21653-CV-LENARD/O'SULLIVAN

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.

**SETH EBER, HOWARD ETTELMAN, RONNY J. HALPERIN, CHARLES HANSEN, III, MELISSA K. RICE, LUZ RODRIGUEZ, AND KEVIN D. SEPE,**

      Defendants,

**WEST COAST INVESTMENTS ENTERPRISES, LLC,**

      Relief Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO SET CIVIL PENALTY AMOUNT AS TO DEFENDANT LUZ RODRIGUEZ (D.E. 46)

**THIS CAUSE** is before the Court following the Court's previous Order entering Default Judgment of Permanent Injunction and Other Relief against Defendant Luz Rodriguez (D.E. 40, 9/24/12) and on Plaintiff Securities and Exchange Commission's Motion to Set Civil Penalty Amount as to Defendant Rodriguez (D.E. 46, 1/11/13). Plaintiff seeks imposition of a first-tier civil penalty of $25,000 against Defendant Rodriguez pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d). Having considered Plaintiff's Motion, the Court's previous Order, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff Securities and Exchange Commission's Motion to Set Civil Penalty Amount as to Defendant Rodriguez (D.E. 46, 1/11/13) is **GRANTED**.

2. Defendant Luz Rodriguez shall pay a civil penalty in the amount of $25,000 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d).  Rodriguez shall remit payment within fourteen (14) days following entry of this Order.

3. Rodriguez shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to this civil penalty amount, regardless of whether such penalty amount or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Rodriguez shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that she pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

4. Rodriguez may transmit the amount described above electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Rodriguez may also pay by certified check, bank cashier's check, or United States postal money order

payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Rodriguez as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment. Rodriguez shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Rodriguez relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Rodriguez. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Rodriguez shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of January, 2013.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**